# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| GURINDER SINGH BAINS, as Personal Representative of the ESTATE of JASWINDER SINGH, deceased, HARPREET SINGH and his wife, DILPREET KAUR, and LAKHWINDER KAUR, | Civil Action No. 2:24-cv-03970-BHH |
| Plaintiffs, | |
| v. | |
| AMERICAN TACTICAL, INC., ANTHONY DICHARIO, JOSEPH CALABRO, SCHMEISSER GMBH, and 365 PLUS D.O.O. | Jury trial requested |
| Defendants. | |

## **STIPULATION**

The plaintiffs, GURINDER SINGH BAINS, as Personal Representative of the ESTATE of JASWINDER SINGH, deceased, HARPREET SINGH and his wife, DILPREET KAUR, and LAKHWINDER KAUR, and defendants, AMERICAN TACTICAL, INC., ANTHONY DICHARIO, and JOSEPH CALABRO, hereby agree and stipulate to the following pre-answer schedule:[1]

Plaintiffs intend to file a Second Amended Complaint to address issues related to the transfer of this case to South Carolina on or before August 30, 2024;

The parties do not waive any claims or defenses by entry of this stipulation including all substantive, jurisdictional, and procedural defenses.

Dated: August 19, 2024

---

[1] Defendants Schmeisser GMBH and 365 PLUS D.O.O. are foreign entities, have not been served, and have not appeared in this action.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Christiaan A. Marcum<br>Christiaan Marcum (Fed. I.D. #7556)<br>Elizabeth Middleton Burke (Fed. I.D. #7466)<br>**ROGERS PATRICK**<br>**WESTBROOK & BRICKMAN, LLC**<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC 29464<br>(843) 727-6522 Telephone<br>cmarcum@rpwb.com<br>bburke@rpwb.com<br><br>Leslie Mitchell Kroeger, Esq.  (pro hac vice to be filed)<br>Poorad Razavi, Esq. (pro hac vice to be filed)<br>Rachael Flanagan, Esq. (pro hac vice to be filed)<br>COHEN MILSTEIN SELLERS & TOLL<br>11780 U.S. Highway One, Suite N500<br>Palm Beach Gardens, FL 33408<br>T: (561) 515-1400<br>lkroeger@cohenmilstein.com<br>prazavi@cohenmilstein.com<br>rflanagan@cohenmilstein.com<br><br>and<br><br>Jay Chaudhuri, Esq. (pro hac vice to be filed)<br>COHEN MILSTEIN SELLERS & TOLL<br>407 North Person Street<br>Raleigh, NC 27601<br>jchaudhuri@cohenmilstein.com<br><br>and<br><br>Douglas N. Letter, Esq.<br>*(pro hac vice to be filed)*<br>Philip H. Bangle, Esq.<br>*(pro hac vice to be filed)*<br>BRADY UNITED AGAINST GUN VIOLENCE<br>840 First Street NE, Ste. 400<br>Washington, DC 20002<br>pbangle@bradyunited.org<br>dletter@bradyunited.org<br>*Counsel for Plaintiffs* | /s/ Michael Montgomery<br>Michael Montgomery<br>ROBINSON GRAY<br>2151 Pickens Street<br>Suite 500<br>PO Box 11449 (29211)<br>Columbia, SC 29201<br>Direct 803.231.7833<br>mmontgomery@robinsongray.com<br><br>and<br><br>Christopher Renzulli, Esq.<br>(pro hac vice to be filed)<br>Jeffrey Malsch, Esq.<br>(pro hac vice to be filed)<br>Justin Gottuso, Esq.<br>(pro hac vice to be filed)<br>RENZULLI LAW FIRM, LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>T: (914) 285-0700<br>crenzulli@renzullilaw.com<br>jmalsch@renzullilaw.com<br>jgottuso@renzullilaw.com<br><br>*Counsel for Defendants*<br>*American Tactical, Inc., Anthony DiChario,*<br>*and Joseph Calabro* |

## CERTIFICATE OF SERVICE

I, Christiaan A. Marcum, attorney for the plaintiffs, hereby certify that on the 19th day of August 2024, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

/s/ *Christiaan A. Marcum*