UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

GURINDER SINGH BAINS, as Personal
Representative of the ESTATE OF JASWINDER
SINGH, deceased, HARPREET SINGH and his wife
DILPREET KAUR, and LAKHWINDER KAUR,

    Plaintiffs,

v.

    CASE NO: 2:24-cv-03970-BHH

AMERICAN TACTICAL, INC., ANTHONY
DICHARIO, JOSEPH CALABRO, SCHMEISSER
GMBH, and 365 PLUS D.O.O.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, 365 PLUS D.O.O.

NOTICE IS HEREBY GIVEN that GURINDER SINGH BAINS, as Personal Representative of the ESTATE OF JASWINDER SINGH, deceased, HARPREET SINGH and His Wife DILPREET KAUR, and LAKHWINDER KAUR, by and through their undersigned counsel, hereby dismiss this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant, 365 PLUS D.O.O.

Dated: February 19, 2025          Respectfully submitted,

          By: *s/ Elizabeth Middleton Burke*
          Elizabeth Middleton Burke (Fed. I.D. 7466)
          Christiaan A. Marcum (Fed. I.D. 7556)
          **ROGERS PATRICK WESTBROOK & BRICKMAN**
          1037 Chuck Dawley Blvd., Bldg. A
          Mount Pleasant, SC 29464
          Ph: (843) 727-6500
          Fax: (843) 216-6509

bburke@rpwb.com
cmarcum@rpwb.com

Leslie Mitchell Kroeger, Esq.
(admitted pro hac vice)
Poorad Razavi, Esq.
(admitted pro hac vice)
Rachael Flanagan, Esq.
(admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
T: (561) 515-1400
lkroeger@cohenmilstein.com
prazavi@cohenmilstein.com
rflanagan@cohenmilstein.com

Jay Chaudhuri, Esq.
(admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL
407 North Person Street
Raleigh, NC 27601
jchaudhuri@cohenmilstein.com

Douglas N. Letter, Esq.
(admitted pro hac vice)
Philip H. Bangle, Esq.
(admitted pro hac vice)
BRADY UNITED AGAINST GUN VIOLENCE
840 First Street NE, Ste. 400
Washington, DC 20002
pbangle@bradyunited.org
dletter@bradyunited.org

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Elizabeth Middleton Burke*
                                                Elizabeth Middleton Burke